1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

| | |
|---|---|
| EDWINA P. REA, | CASE NO. 1:13-cv-00106-SMS |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | (Doc. 3) |
| _____ / | |

14

15

16

17

18

19

        By a motion filed January 22, 2013, Plaintiff Edwina P. Rea seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

        Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents.

20

21

IT IS SO ORDERED.

**Dated:    February 2, 2013**                          **/s/ Sandra M. Snyder**
                                                 UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

1