BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone:  (415) 977-8946
     Facsimile: (415) 744-0134
     E-Mail:  Annabelle.Yang@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

|  |  |
|---|---|
| EDWINA REA,<br><br>          Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner<br>of Social Security,<br>          Defendant. | Case No.  1:13-CV-00106-SMS<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), |

     IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of this Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four  of 42 U.S.C. § 405(g).

     Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to provide Plaintiff with the opportunity for a *de novo* hearing, further develop the record, and issue a new decision. Specifically, the ALJ will evaluate the opinion of Norberto Tuason, M.D. and provide adequate rationale for accepting or rejecting his opinion.  The ALJ will also further evaluate the opinion of Veronica De Alba, L.C.S.W. in accordance with Social Security Ruling 06-03p.  If necessary,

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

the ALJ will further evaluate Plaintiff's residual functional capacity and obtain supplemental vocational expert testimony.

Respectfully submitted,

Dated: September 24, 2013

*/s/ Kelsey Mackenzie Brown\**
KELSEY MACKENZIE BROWN
(*as authorized via email on September 24, 2013)
Attorney at Law

Attorney for Plaintiff

Dated: September 24, 2013

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:

*/s/ Annabelle J. Yang*
ANNABELLE J. YANG
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

APPROVED AND SO ORDERED.

DATED:  9/26/2013 

 /s/ SANDRA M. SNYDER
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE