BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone:  (415) 977-8946
Facsimile: (415) 744-0134
E-Mail:  Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| EDWINA REA, | ) |
| | ) |
|             Plaintiff, | ) |
| | ) Case No.  1:13-CV-00106-SMS |
|          v. | ) |
| | ) STIPULATION AND ORDER FOR |
| | ) VOLUNTARY REMAND PURSUANT TO |
| CAROLYN W. COLVIN[1], | ) SENTENCE FOUR OF 42 U.S.C. § 405(g), |
| Acting Commissioner | ) |
| of Social Security, | ) |
|             Defendant. | ) |
| | ) |
| _____ | ) |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned

attorneys, and with the approval of this Court, that the Commissioner of Social Security has

agreed to a voluntary remand of this case pursuant to sentence four  of 42 U.S.C. § 405(g).

   Upon remand, the Office of Disability Adjudication and Review will remand this case to

an Administrative Law Judge (ALJ) and direct him or her to provide Plaintiff with the

opportunity for a *de novo* hearing, further develop the record, and issue a new decision.

Specifically, the ALJ will evaluate the opinion of Norberto Tuason, M.D. and provide adequate

rationale for accepting or rejecting his opinion.  The ALJ will also further evaluate the opinion of

Veronica De Alba, L.C.S.W. in accordance with Social Security Ruling 06-03p.  If necessary,

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule
25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the
defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of
section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  the ALJ will further evaluate Plaintiff's residual functional capacity and obtain supplemental

2  vocational expert testimony.

3

4                                              Respectfully submitted,

5  Dated: September 24, 2013        */s/ Kelsey Mackenzie Brown**
                                    KELSEY MACKENZIE BROWN
6                                   (*as authorized via email on September 24, 2013)
                                    Attorney at Law

7                                   Attorney for Plaintiff

8

9  Dated: September 24, 2013        BENJAMIN B. WAGNER
                                    United States Attorney
                                    DONNA L. CALVERT
10                                  Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

11

12                        By:       */s/ Annabelle J. Yang*
                                    ANNABELLE J. YANG
13                                  Special Assistant U.S. Attorney

14                                  Attorneys for Defendant

15

16                                  **ORDER**

17         APPROVED AND SO ORDERED.

18

19  DATED:  9/26/2013                /s/ SANDRA M. SNYDER
                                    SANDRA M. SNYDER
20                                  UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

---

Stip. & Prop. Order for Remand          2          Case No. 1:13-cv-00106-SMS